CENTRAL RAILROAD & BANKING COMPANY *v.* EAST TEN-
NESSEE, VIRGINIA & GEORGIA RAILWAY COMPANY.

*Atkinson, J.*—The charge in the main was a clear and accurate
presentation of the rules of law applicable, most of which are
well settled by repeated adjudications of this court; if any
errors were committed in charging, in refusing to charge, or in
any other respects, they were not of sufficient weight or im-
portance to materially affect the determination of the case by
the jury upon its substantial merits, or to require the granting
of a new trial. The case depended mainly upon the evidence,
which, though voluminous, confused, complicated and conflict-
ing, both upon questions of boundary and title, warranted the
verdict rendered; and the same having been approved by the
trial judge, this court will not control his discretion in refusing
to set it aside.                                    *Judgment affirmed.*
August 12, 1895.

Ejectment. Before Judge Hardeman. Bibb superior
court. April term, 1894.

*Lawton & Cunningham, Steed & Wimberly* and *John
R. Cooper*, for plaintiff. *Hill, Harris & Birch* and
*W. A. Henderson,* for defendant.

---

FORTSON & COMPANY *v.* MIKELL.

*Atkinson, J.*—The evidence fully warranted the verdict; and
there being no express complaint that the substantial issues
involved were not fairly submitted to the jury by the court in
its charge, the mere omission to give a particular instruction,
even if the same would have been appropriate, is not, in the
absence of a special request to give such instruction, cause for
a new trial.                                    *Judgment affirmed.*
August 12, 1895.

Action on contract. Before Judge Reese. Wilkes su-
perior court. November term, 1894.

*W. M. Howard* and *S. H Hardeman*, for plaintiffs in
error. *William Wynne* and *Colley & Sims*, contra.